# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Suzanna Brown Simpson, Petitioner.

Appellate Case No. 2019-000500

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Pickens County
Brian M. Gibbons, Circuit Court Judge

---

Opinion No. 27937
Heard January 14, 2020 – Filed January 22, 2020

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

J. Falkner Wilkes, of Greenville, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, Assistant Attorney General Susannah Rawl Cole, all of Columbia; and Solicitor William Walter Wilkins III, of Greenville, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Simpson*, 425 S.C. 522, 823 S.E.2d 229 (Ct. App. 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**